

# Raleigh

January 4, 2022

Chandra Fullard
4405 Susan Drive
Raleigh, NC 27603

Re: Investigation Determination

Dear Ms. Fullard,

I would like to thank you for your patience in allowing me the time to research and investigate your concerns of workplace harassment, which came to my attention on October 14, 2021.

I conducted a thorough investigation that included interviewing all individuals you identified as potentially having knowledge of the events that occurred. My investigation was able to substantiate allegations that inappropriate conduct occurred.

Management will take appropriate corrective action regarding this matter.

As provided in the City's Standard Operating Procedure 300-18, you may appeal this decision to the City Manager's office by submitting such a request to the HR Director or me within 5 working days from the date of receipt of this letter.

Please feel free to contact me at (919) 996-3167 or antonio.cruz@raleighnc.gov should you have questions or concerns regarding this letter.

Sincerely,

*Antonio Cruz*

Antonio Cruz,
Human Resources Business Partner

cc: Evan Raleigh, Assistant City Manager
Fagan Stackhouse, Human Resources Director