| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>EEOC | Agency(ies) Charge No(s):<br>**433-2022-03090** |
|---|---|---|
| _State or local Agency, if any_ | | and EEOC |

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Chandra Fullard | Home Phone<br>(757) 342-6695 | Year of Birth |
|---|---|---|
| Street Address<br>157 EAGLETON CIR<br>MOYOCK, NC 27958 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (_If more than two, list under PARTICULARS below._)

| Name<br>City of Raleigh/Raleigh 911 | No. Employees, Members<br>501+ Employees | Phone No.<br>(919) 996-3167 |
|---|---|---|
| Street Address<br>2320 Westinghouse Blvd<br>RALEIGH, NC 27601 | | |
| Name | No. Employees, Members | Phone No. |
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON<br><br>Sex | DATE(S) DISCRIMINATION TOOK PLACE<br><br>Earliest      Latest<br>10/17/2021      07/22/2022 |
|---|---|

THE PARTICULARS ARE (_If additional paper is needed, attach extra sheet(s)_):

I am a black female who has worked for the North Carolina government for 16 years. I started to work at Raleigh 911 in June 2021. Dominic Nutter is the Director and I report directly to him. Human Resources conducted an investigation about the complaint of sexual harassment that I filed against him. They sent me a letter saying that they substantiated my claim and gave me two options. I had two witnesses that saw Mr. Nutter sexually harassing me and Mr. Nutter had them both fired. The investigation ended in January 2022, and he fired one in February 2022. The other girl left because of the poor treatment she received after the investigation. It became very hostile. Mr. Nutter would not allow her to apply to other positions she was qualified for, she had no option but to leave. The options I was given after the investigation, was to continue working reporting to Mr. Nutter or find another job. The jobs available were not comparable so I had to take a pay cut. October 21, 2021, when I came to work the atmosphere was very very different. I called HR and asked if Mr. Nutter knew about my claim. I was told he did not. His demeanor was to ignore me, and gave me ugly looks and stares. I called HR and said I was not going to be able to work with Mr. Nutter during the investigation. I asked for accommodations. These were denied. I asked to take time off. I was off work starting October 22, 2021. By November 17, 2021, my time was exhausted and I was placed on leave without pay. In the meantime, my office was cleaned out and they hired someone else to do my job. Josh

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – _When necessary for State and Local Agency Requirements_ |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Chandra Fullard**<br>09/27/2022<br><br>_Charging Party Signature_ | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (_month, day, year_) |

| EEOC Form 5 (11/09) | | |
|---|---|---|
| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>EEOC | Agency(ies) Charge No(s):<br><br>**433-2022-03090** |
| | | and EEOC |
| *State or local Agency, if any* | | |

Robinson. I remain out of work and with no pay. I believe I have been discriminated against because I was sexually harassed and retaliated against by being forced out of my position in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Ms. Chandra Fullard**<br>**09/27/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.