UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CHANDRA FULLARD,                    )
                                    )
                                    )
                    Plaintiff,      )
                                    )    **JUDGMENT IN A CIVIL CASE**
v.                                  )    **CASE NO. 2:23-CV-49-D**
                                    )
                                    )
                                    )
CITY OF RALEIGH,                    )
                                    )
                                    )
                                    )
                    Defendant.      )


**Decision by Court.**


**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES AS MOOT
defendant's motion to dismiss the original complaint [D.E. 9] and GRANTS defendant's motion
to dismiss the amended complaint [D.E. 14]. The court DISMISSES WITH PREJUDICE
plaintiff's amended complaint.


**This Judgment Filed and Entered on January 22, 2024, and Copies To:**

William W. Webb , Sr.                (via CM/ECF electronic notification)

William Woodward Webb , Jr.          (via CM/ECF electronic notification)

Alice J. Tejada                      (via CM/ECF electronic notification)


DATE: January 22, 2024              PETER A. MOORE, JR., CLERK


                                   (By)___/s/ Stephanie Mann_____

                                   Deputy Clerk